UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | ORDER |
| EDGAR BARRERAS-CAPO | : | CR. NO. 22-00566-001(RMB) |
| | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

IT IS on this 15th day of February, 2024

ORDERED that the Federal Public Defender for the District of New Jersey, (Maggie F. Moy, AFPD) is hereby appointed to represent said defendant in this case until further order of the Court.

_____
RENÉE MARIE BUMB
CHIEF UNITED STATES DISTRICT JUDGE